John W. Kluksdal [ISB No. 5641]
HEPWORTH, LEZAMIZ & JANIS
537 W. Bannock Street, Ste. 200
P.O. Box 2582
Boise, Idaho 83701-2582
Telephone: (208) 343-7510
Fax No. (208) 342-2927

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

\* \* \* \* \*

| | |
|---|---|
| MARK McKINLEY, | ) |
| Plaintiff, | ) Case No. 08-338 |
| vs. | ) **SUMMONS** |
| GLASS RX, INC., d/b/a GLASS DOCTOR OF SOUTHWEST IDAHO, | ) |
| Defendant. | ) |

\* \* \* \* \*

TO:   GLASS RX, INC., d/b/a GLASS DOCTOR OF SOUTHWEST IDAHO

You are hereby summoned and required to serve upon J. Charles Hepworth, plaintiff's attorney, whose address is 537 W. Bannock Street, Ste. 200, Boise, Idaho 83701-2582, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this

SUMMONS - 1

**2.**

Defendant Glass Rx, Inc., is an Idaho corporation that does business as Glass Doctor of Southwest Idaho (hereinafter "Glass Doctor"). Glass Doctor has a primary place of business in the City of Meridian, County of Ada, State of Idaho.

**3.**

This Court has federal question jurisdiction over this case. This is an overtime wage claim governed by the Fair Labor Standards Act.

## FACTS FORMING THE BASIS OF LIABILITY

**4.**

Plaintiff restates and alleges the preceding paragraphs and incorporates them herein by reference as though fully set forth.

**5.**

This case arises from defendant's failure to pay plaintiff overtime wages as required by state and federal law. Mr. McKinley's employment agreement and his performance occurred in Ada County, Idaho.

**6.**

Mr. McKinley began working for Glass Doctor in approximately May 2005, and terminated his employment in May 2007. Glass Doctor is a business that repairs glass, usually when the glass of an automobile is damaged. Mr. McKinley was a service technician who repaired glass

**7.**

Mr. McKinley worked more than eight hours per day, five days per week. In addition, Mr. McKinley worked Saturdays. Mr. McKinley worked over 40 hours per work week while he was employed by Glass Doctor.

**8.**

Cary Hooper, the owner of Glass Doctor, attempted to subvert the state and federal regulations regarding overtime pay by claiming Mr. McKinley was an exempt employee. This claim, and the refusal to pay overtime and properly account for hours worked on the job, was wilful and in reckless disregard of the overtime statutes and Glass Doctor's responsibility to pay overtime to Mr. McKinley.

**9.**

Mr. McKinley filed a claim with the Department of Labor. After a thorough investigation, the Department of Labor demanded that Glass Doctor pay Mr. McKinley the overtime wages he was due. Glass Doctor has refused to make the payment requested, requiring Mr. McKinley to hire an attorney and seek the payments required by law through this lawsuit.

**10.**

In response to the Department of Labor questionnaire, Mr. Hooper, on behalf of Glass Doctor, admitted that Mr. McKinley worked more than eights hours per day, and worked Saturdays. Mr. Hooper wrote that Mr. McKinley worked nine to nine and a half hours a day, and every third Saturday. While Mr. McKinley asserts that Mr. Hooper's admission underestimates the amount of overtime worked, this admission sets a floor upon which the claim is based.

## DAMAGES

**11.**

Mr. McKinley is entitled to double damages pursuant to the Fair Labor Standards Act, triple damages under the Idaho Wage Claim Act, as well as attorney fees, costs, and prejudgment interest as allowed by these and other laws. Mr. McKinley seeks all damages recoverable under the Idaho Wage Claim Act and Fair Labor Standards Act.

**12.**

It is believed that other employees are similarly situated in that they have not been paid overtime by Glass Doctor. This claim is being made on behalf of Mr. McKinley, and all employees who are similarly situated.

## DEMAND FOR JURY TRIAL

**13.**

Plaintiff requests a trial by jury.

## REQUEST FOR ATTORNEY'S FEES AND COSTS

**14.**

As a direct and proximate result of the wrongful conduct of Defendant, Plaintiff has been required to retain counsel for the purpose of prosecution of this action, and is entitled to recover all reasonable costs and attorneys fees pursuant to the Fair Labor Standards Act and Idaho Wage Claim Act, as well as Idaho Code §§12-120, 12-121 and Idaho Rule of Civil Procedure 54.

## **PRAYER FOR RELIEF**

**15.**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

    a.     For all compensable damages sustained by Plaintiff in amounts to be proven at the time and place of trial of this action;

    b.     For all costs and attorney's fees incurred by Plaintiff in prosecution of this action; and

    c.     For such other and further relief as the Court deems just and equitable.

DATED this __19__ day of August, 2008.

HEPWORTH, LEZAMIZ & JANIS

By _____
John W. Kluksdal
Attorneys for Plaintiff