IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK McKINLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>GLASS RX, INC., d/b/a GLASS DOCTOR OF SOUTHWEST IDAHO,<br><br>        Defendant. | Case No. CV-08-338-S-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter having come before this Court upon the Plaintiff's Notice of Dismissal (Docket No. 10), and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the above-entitled cause be and the same hereby is dismissed with prejudice, with each party to bear its own costs and fees.

DATED: **February 14, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**ORDER OF DISMISSAL WITH PREJUDICE - 1**