IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARK McKINLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>GLASS RX, INC., d/b/a GLASS DOCTOR OF SOUTHWEST IDAHO,<br><br>            Defendant. | Case No. CV-08-338-S-BLW<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action be DISMISSED with Prejudice.

Additionally, this matter is hereby deemed closed.

DATED: **February 14, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT - 1**